UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DOMINIC F. AMOROSA,                                               :
                                                                  :
                               Plaintiff,        :            21-CV-3137 (JMF)
                                                                  :
                      -v-                         :                   ORDER
                                                                  :
GENERAL ELECTRIC COMPANY, et al.,                                 :
                                                                  :
                             Defendants.       :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 18, Defendants' earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **August 10, 2021**. Defendants' reply, if any, is due by **August 17, 2021**.

       The Clerk of Court is directed to terminate ECF No. 13.

       SO ORDERED.

Dated: July 28, 2021
       New York, New York
                                                      JESSE M. FURMAN
                                             United States District Judge