**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DOMINIC F. AMOROSA et al.,,

                Plaintiff,

-against-                                            21 **CIVIL** 3137 (JMF)

                                                                   **JUDGMENT**

GENERAL ELECTRIC COMPANY et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 6, 2023, Defendants' motion to dismiss must be and is GRANTED. The Court retains jurisdiction to decide whether sanction should be imposed under Rule 11(b); accordingly, the case is closed.

**Dated:** New York, New York

       June 7, 2023

                                                                   **RUBY J. KRAJICK**

                                                                          Clerk of Court

                                  **BY:**

                                                                          **Deputy Clerk**